AO 93 (Rev. 12/09) Search and Seizure Warrant

CERTIFIED TRUE COPY
ATTEST: WILLIAM M. McCOOL
Clerk, U.S. District Court
Western District of Washington

By _____ Deputy Clerk

FILED ___ ENTERED
LODGED ___ RECEIVED

JAN 31 2020
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Sixteen (16) Subject Devices described in Attachment A stored in the Federal Bureau of Investigation, Seattle Field Office, located at 1110 3rd Ave, Seattle, WA 98101 | )<br>)<br>)  Case No.   MJ19-515<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the   **WESTERN**   District of   **WASHINGTON**
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A, attached hereto and incorporated herein by reference.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

See Attachment B, attached hereto and incorporated herein by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before   **Nov. 11, 2019**
(not to exceed 14 days)

☐ in the daytime 6:00 a.m. to 10 p.m.   ☒ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
Western District of Washington_____.
(name)

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*   ☐ for _____ days *(not to exceed 30)*.
☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   10/28/2019 9:30 am        _____
                                                    Judge's signature

City and state:   Seattle, Washington              Mary Alice Theiler, U.S. Magistrate Judge
                                                    *Printed name and title*

USAO #2018R01269

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 305D-SE-3198506 | 10/28/19 9:30am | n/a |

Inventory made in the presence of:
n/a

Inventory of the property taken and name of any person(s) seized:

All property previously seized under separate warrant.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 1/31/20

_____
Executing officer's signature

SA Joel Martin
Printed name and title

# ATTACHMENT A

## Description of Property to be Searched

The property to be searched includes:

| Item Description | FBI Evidence Number |
|---|---|
| 1. One (1) HGST hard drive, S/N: 130325TEA45A3R240BK; | 1B2 |
| 2. One (1) HGST hard drive, S/N: 130301E20342BM0V340S; | 1B3 |
| 3. One (1) Hitachi hard drive, S/N: 111223E20B12C7CGL9RS; | 1B4 |
| 4. One (1) Toshiba hard drive w/ power cord, G003250A; | 1B5 |
| 5. One (1) Seagate hard drive w/enclosure, S/N: Z84112WS, S/N: NA8TLMT0; | 1B8 |
| 6. Two (2) 4GB Powersticks, Model PSPV1; | 1B10 |
| 7. One (1) Kodak memory card 8GB w/case, 31295-8GBCSTA; | 1B14 |
| 8. One (1) ETC hotels thumb drive, 1GB 1011S; | 1B15 |
| 9. One (1) ETC hotels thumb drive, 1GB 1011S; | 1B16 |
| 10. One (1) Casa del Mar ETC hotel flashdrive 2GB; | 1B17 |
| 11. One (1) Transcend Micro SD adapter 32GB, 9181AA32G09QS2; | 1B18 |
| 12. One (1) Kingston Technologies hard drive 128GB, 50026B7726A02E6DE; | 1B21 |
| 13. One (1) iPhone S, rose gold color, Model: A1633; | 1B25 |
| 14. One (1) iPhone, black, Model: A1778; | 1B28 |
| 15. One (1) Macbook w/power cord, S/N: C02MN8TDFD57; | 1B32 |
| 16. One (1) iPhone X, black, cracked back | 1B33 |

(collectively, the "SUBJECT DEVICES").

The SUBJECT DEVICES are currently being stored in the Federal Bureau of Investigation, Seattle Field Office, located at 1110 3rd Ave, Seattle, WA 98101.

This warrant authorizes the forensic examination of the SUBJECT DEVICES for the purpose of identifying the electronically stored information described in Attachment B.

ATTACHMENT A
USAO #2018R01269

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970


## ATTACHMENT B

## ITEMS TO BE SEIZED

The following records, documents, files, or materials, in whatever form, including handmade or mechanical form (such as printed, written, handwritten, or typed), photocopies or other photographic form, and electrical, electronic, and magnetic form, that constitute evidence, instrumentalities, or fruits of violations of 18 U.S.C. § 2252(a)(2) (Receipt or Distribution of Child Pornography) and 18 U.S.C. § 2252(a)(4)(B) (Possession of Child Pornography), which may be found on the SUBJECT DEVICES:

1. Any visual depiction of minor(s) engaged in sexually explicit conduct, in any format or media.

2. Evidence of the installation and use of file-sharing software, and any associated logs, saved user names and passwords, shared files, and browsing history;

3. Letters, e-mail, text messages, and other correspondence identifying persons transmitting child pornography, or evidencing the transmission of child pornography, through interstate or foreign commerce, including by mail or by computer;

4. All invoices, purchase agreements, catalogs, canceled checks, money order receipts, credit card statements or other documents pertaining to the transportation or purchasing of images of minors engaged in sexually explicit conduct;

5. Any and all address books, names, lists of names, telephone numbers, and addresses of individuals engaged in the transfer, exchange, or sale of child pornography;

6. Evidence of who used, owned or controlled the SUBJECT DEVICES at the time the things described in this warrant were created, downloaded, viewed, edited, or deleted, such as logs, registry entries, saved user names and passwords, documents, and browsing history;

7. Evidence of malware that would allow others to control any seized digital device(s) such as viruses, Trojan horses, and other forms of malicious software, as well

ATTACHMENT B
USAO #2018R01269

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

as evidence of the presence or absence of security software designed to detect malware; as well as evidence of the lack of such malware;

8. Evidence of the attachment to the digital device(s) of other storage devices or similar containers for electronic evidence;

9. Evidence of counter-forensic programs (and associated data) that are designed to eliminate data from a digital device;

10. Evidence of times the digital device(s) was used;

11. Any other ESI from the digital device(s) necessary to understand how the digital device was used, the purpose of its use, who used it, and when.

12. Records and things evidencing the use of:

 a. Routers, modems, and network equipment used to connect computers to the Internet;

 b. Records of Internet Protocol (IP) addresses used;

 c. Records of Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, and records of user-typed web addresses.

ATTACHMENT B
USAO #2018R01269

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970